IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KAIRYS,<br><br>          Plaintiff,<br><br>vs.<br><br>SOUTHERN PINE TRUCKING, INC.,<br><br>          Defendant. | 2:19-cv-1031-NR |

**FINAL JUDGMENT**

**AND NOW,** this **31st day of March, 2022,** it is hereby **ORDERED** that, as to Counts I, II, and VI of the Second Amended Complaint (ECF 47), **JUDGMENT** is hereby entered in favor of defendant Southern Pines Trucking, Inc. and against plaintiff Thomas J. Kairys, as determined by the jury's verdict on February 9, 2022 (ECF 121).

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of plaintiff Thomas J. Kairys and against defendant Southern Pines Trucking, Inc. as to Count III of the Second Amended Complaint, after the Court's ruling on the ERISA claim (ECF 131). On this claim, the Court awards Mr. Kairys $67,500 in equitable relief, plus reasonable attorneys' fees and costs associated with this claim.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of plaintiff Thomas J. Kairys and against defendant Southern Pines Trucking, Inc. as to Counts IV and V of the Second Amended Complaint, as determined by the jury's verdict on February 9, 2022 and following the Court's ruling on the motion to mold the verdict (ECF 130). On these claims, the Court awards Mr. Kairys $8,104.53 in damages, which includes his full separation pay plus pre-judgment interest and liquidated damages.

                                            BY THE COURT:

                                            s/ J. Nicholas Ranjan
                                            United States District Judge